**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

| | | |
|---|---|---|
| ABBOT GROUP, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | 1:07 CV 156 |
| | ) | |
| HOBIE CAT COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Michael R. Gibson of the law firm of Higgs, Fletcher & Mack LLP, 401 West "A" Street, Suite 2600, San Diego, CA 92101-7913, to appear as counsel for the defendant in this matter filed on May 1, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Michael R. Gibson is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: May 3, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge