**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| ABBOT GROUP, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | 1:07 CV 156 |
| | ) | |
| HOBIE CAT COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* (#9) of Steven J. Cologne of the law firm of Higgs, Fletcher & Mack LLP, 401 West "A" Street, Suite 2600, San Diego, CA 92101-7913, to appear as counsel for the defendant in this matter filed on May 1, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Steven J. Cologne is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: May 3, 2007

*Dennis E. Howell*

Dennis L. Howell
United States Magistrate Judge