IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cv156

| | | |
|---|---|---|
| ABBOT GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| HOBIE CAT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the joint Motion to Stay. Having considered the joint motion and reviewed the pleadings, and it appearing that such request is in compliance with the court's request contained in the previous Order, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Stay (#22) is **GRANTED,** and the following deadlines are put into place and will be enforceable by the court as the Pretrial Order during the stay:

(1) August 15, 2007: Deadline for designation of mediator;

(2) October 15, 2007: Deadline for completion of mediation;

(3) November 1, 2007: Deadline for designating an arbitrator;

(4) April 15, 2008: Deadline for completion of arbitration.

The stay in this matter shall, thereinafter, automatically dissolve May 1, 2008, unless a Rule 41 dismissal has been filed prior to such date.

Signed: August 6, 2007

Dennis L. Howell
United States Magistrate Judge